GERTRUDE M. RANDALL et al., Respondents, *v.* THE BANK OF AMERICA, Impleaded, etc., and SHERMAN W. KNEVALS, as Assignee of WILLIAM R. BUNKER and CHARLES B. CALDWELL, and of the Firm of CALDWELL & BUNKER, Appellant.

*Randall* v. *Knevals,* 27 App. Div. 146, affirmed.
(Argued November 28, 1899; decided January 9, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 5, 1898, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

*Walter S. Logan* for appellant.

*Philip G. Bartlett* and *Alfred B. Thacher* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur.

---

HARRIETT NUGENT, an Infant, by HARRIETT NUGENT, her Guardian ad Litem, Respondent, *v.* METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*Nugent* v. *Metropolitan Street Ry. Co.,* 17 App. Div. 582, appeal dismissed.
(Argued December 4, 1899; decided January 9, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 19, 1897, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Henry Melville, Charles F. Brown* and *Henry A. Robinson* for appellant.

*Andrew F. Murray* and *Arthur C. Palmer* for respondent.

Appeal dismissed, upon the ground that the judgment has been set aside by the court below, without costs ; no opinion.
All concur, except PARKER, Ch. J., not sitting.